United States Bankruptcy Court
District of Oregon

In re:                                                          Case No. 12-33933-tmb
Gregg William Richards                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3          User: linda          Page 1 of 2          Date Rcvd: Nov 20, 2012
                              Form ID: pdf018      Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2012.
db              +Gregg William Richards,    12587 NE Cedarbrook Rd,    Aurora, OR 97002-8546
99833645        +American Express,    POB 981537,    El Paso, TX 79998-1537
99833646        +Amos Financial LLC,    1910 First Street, STE 200,    Highland Park, IL 60035-3145
99833648        +Jennifer Richards,    565 Knott St. # 201,    Canby, OR 97013-3147
99833650        +Legacy,    POB 4037,    Portland, OR 97208-4037
100030689       +Michael Landry,    c/o Nicholas J. Henderson,    Motschenbacher & Blattner, LLP,
                 117 SW Taylor Street, Suite 200,    Portland, OR 97204-3029
99833651        +Revenue Group,    3700 Park East St.,    Beachwood, OH 44122-4343
99833652        +Verizon Wireless,    7000 Central Ave. SW,    Albuquerque, NM 87121-2096
99833658       ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
                 (address filed with court:  Wells Fargo Dealer Services,    POB 1697,    Winterville, NC  28590)
99833654        +Wells Fargo Auto Finance,    POB 29704,    Pheonix, AZ 85038-9704
99833655        +Wells Fargo Bank Nevada,    POB 3117,    Winston Salem, NC 27102-3117
99833656        +Wells Fargo Bank Nevada,    POB 31557,    Billings, MT 59107-1557
99833657        +Wells Fargo Card Service,    POB 14517,    Des Moines, IA 50306-3517
99938976        +Wells Fargo Card Services,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
99833647        +E-mail/Text: data_processing@fin-rec.com Nov 21 2012 02:48:23
                 Financial Recovery Services, Inc.,    POB 385908,    Minneapolis, MN 55438-5908
99833649        +E-mail/Text: inbound_collections@keybank.com Nov 21 2012 03:11:08     Key Bank USA,
                 4910 Tiedeman Rd.,    Brooklyn, OH 44144-2338
99833653        +E-mail/Text: edinkel@vikingservice.com Nov 21 2012 02:47:01     Vicking Collection Service,
                 7500 Office Ridge Circle,    Eden Prairie, MN 55344-3782
                                                                                    TOTAL: 3


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 22, 2012**                     **Signature:**

District/off: 0979-3          User: linda              Page 2 of 2              Date Rcvd: Nov 20, 2012
                              Form ID: pdf018          Total Noticed: 17


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2012 at the address(es) listed below:
NONE.                                                                          TOTAL: 0

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

**Richards, Gregg William**

Debtor(s)

)   Case No. **12-33933-tmb7**
)
)   NOTICE OF INTENT TO Sell Real or
)   Personal Property, Compensate Real Estate
)   Broker, and/or Pay any Secured Creditor's Fees
)   and Costs; Motion for Authority to Sell Property
)   Free and Clear of Liens; and Notice of Hearing
)   [**Note**: Do not use to sell personally identifiable
)   information about individuals!]

NOTICE IS GIVEN THAT **Peter C. McKittrick** _____, the
**Trustee** _____ (i.e., debtor, trustee, etc.), intends to sell the property described below and moves
for authority to sell said property free and clear of liens pursuant to 11 USC §363(f).  The movant's name, address, and
telephone # are: **515 NW Saltzman Rd., PMB #917, Portland, OR  97229, (503) 616-4979,**
**email - pmckittrick@mckittrickinc.com. FAX:  503-961-8180** .

If you wish to object to any aspect of the sale or fees disclosed in ¶7 or ¶15 you must: (1) attend the hearing set in ¶16 below
and, (2) within 23 days of the later of either (a) the date next to the signature below; or (b) the service date in ¶17 below, file
with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", at 1001 SW 5th Ave. #700, Portland
OR 97204; or if it begins with "6" or "7", at 405 E 8th Ave #2600, Eugene OR 97401):  (a) a written response stating the specific
facts upon which the objection is based, and (b) proof that a copy of the response was served on the movant.

This document shall constitute the notice required by LBR 2002-1.  (COMPLETE ALL SECTIONS.)

1.   The specific subsections of 11 USC §363(f) movant relies upon for authority to sell the property free and clear of liens are:
**363(f)(2) or (f)(4)**
2.   Buyer's Name & Relation to Debtor:  **Michael Landry, dba Mike's Small Engine Repair. Buyer is secured creditor based**
**storage charges and mechanics charges which date back a significant period of time.**
3.   General description of the property (NOTE:  If real property, state street address here.  Also attach legal description as
an Exhibit to the original filed with the court):

**2009 Malibu - Hullser:  HIN No.  MB2K088J809**
**Trailer -  VIN: 5DBBB23239R000695**

4.   A copy of the full property description or inventory may be examined or obtained at:
**Contact trustee at 503-616-4979 for information**

5.   The property may be previewed at (include time and place):
**Contact Trustee and he can arrange an inspection through secured creditor.**

6.   Other parties to the transaction and their relationship to the debtor are:
**Michael Landry, secured creditor. Gross sales price includes credit for lien of Buyer, estimated to be $$30-35,000.00.**

7.   Gross sales price:  $_____**35,000.00**_____.  All liens on the property total:  $_____**unknown**_____, of which Movant believes
a total of $**all amounts claimed** need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder
consents to less than full payment, or part or all of the underlying debt is not allowable). Secured creditor(s) also seek(s)
reimbursement of $_____**NA**_____ for fees and costs.  Total sales costs will be:  $_____**00.00**_____.  All tax
consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment
of valid liens, fees, costs and taxes of approximately:  $_____**$5,000.00**_____.

8.   The sale ☒ is ☐ is not (**mark one**) of substantially all of the debtor's assets.  Terms and conditions of sale:
**Cash upon court approval of $5,000, plus credit bid of possessory lien in approximate amount of $30,000. Trustee originally**
**noticed settlement with buyer whereby he would take the boat and pay the estate $5,000.00 (see docket No. 11). However,**
**because of title issues arising from the insolvency of the dealer that the Debtor purchased the boat from, the Oregon Marine**
**Board has been unwilling to transfer title to Buyer. The purpose of this motion is to obtain an order free and clear of all**
**potential liens such that the buyer is able to reregister the boat with the marine board. Trustee does not intend to pay any**
**proceeds to alleged lienholders.**

9.   Competing bids must be submitted to the movant no later than (date) __**12/14/12**__, and must exceed the above offer by
at least _____**$2,000.00**_____ (and be on the same or more favorable terms to the estate).

760.5 (7/2/12)  **Page 1 of 2**

10. Summary of all available information regarding valuation, including any independent appraisals:
**Trustee believes the boat to be worth less than $30,000.00.**

11. If ¶7 indicates little or no equity for the estate, the reason for the sale is:
**NA**

and expenses and taxes resulting from the sale will be paid as follows:
**NA**

12. (Ch. 11 cases only) The reason for proposing the sale in advance of approval of a plan of reorganization is:
**NA**

13. The following information relates to lien holders (who are listed in PRIORITY order):

| Name | Service Address (See FRBP 7004) | Approximate Lien Amount | Indicate Treatment at Closing (i.e., Fully Pd., Partially Pd., or Not Pd.) |
|---|---|---|---|
| **Key Bank*** **c/o Beth E. Mooney, CEO** | **4910 Tiedeman Rd., Cleveland OH  44144** | **Unknown** | **Not paid. Lienholder not on title.** |
| **Textron Financial ** ** c/o CT Corporation System, RA** | **388 State St., Suite 420, Salem, OR 97301** | **Unknown** | **Not paid. claim is against dealer who sold boat to the debtor.** |
| **Bank of America c/o Brian Moynihan, President** | **101 South Tryon St., Charlotte, NC  28280** | **Unknown** | **Not paid. claim is against dealer who sold boat to the debtor.** |

**\*Schwabe Williams & Wyatt -**    **service on counsel for Keybank (Sara Cotton)**
**\*\* Farleigh Wada Witt  --**    **service on counsel for Textron (Kim McGair)**

14.   Any liens not fully paid at closing shall attach to the sale proceeds in the same order of priority they attach to the property. Any proceeds remaining after paying liens, expenses, taxes, commissions, fees, costs or other charges as provided in this motion, shall be held in trust until the court orders payment.

15.   [If real property]  The court appointed real estate broker, **NA**_____,
will be paid _____.

16.   **A HEARING ON THIS MOTION AND ANY OBJECTIONS TO THE SALE AND/OR FEES WILL BE HELD**
ON __**12/18/12**__ AT __**10:30 a.m.**__ IN **MM Line:  503-326-6337 code 444#**_____
_____ and testimony will be received if offered and admissible.

17.   [Unless movant is a Ch. 7 trustee]  I certify that on _____ a copy of this document was served, pursuant to FRBP 7004, on the debtor(s), trustee, if any, U.S. Trustee, each named lien holder at the address listed above, Creditors' Committee Chairperson, if any, and their respective attorneys; and that a copy was also served that date, pursuant to FRBP 2002(a), on all creditors and parties requesting special notice as listed in the Court's records that were obtained on _____, a copy of which is attached to the original document filed with the Bankruptcy Court.

18.   FOR FURTHER INFORMATION CONTACT: **Peter C. McKittrick, Trustee 503-616-4979**_____
**or by fax at 503-961-8180 or email at pmckittrick@mckittrickinc.com**_____.

DATE: __**11/20/12**__            **/s/ Peter C.McKittrick, Trustee**_____
                    Signature & Relation to Movant

                    _____
                    (If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

760.5 (7/2/12) **Page 2 of 2**