| | | | |
|---|---|---|---|
| **12/18/2012** | | **TUESDAY** | **Judge Trish M Brown** |
| 10:30 AM | ■ 12-33933 tmb 7 | Gregg William Richards | |

Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor s Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing. Filed By Trustee Peter C McKittrick Hearing Scheduled for 12/18/2012 at 10:30 AM at Meet Me Style Telephone. (McKittrick, Peter) (17)

Gregg William Richards - db     IAN G SHEARER
✓Peter C McKittrick - tr

Nicholas Henderson - Mr Landry

**Evidentiary Hearing:**   Yes: ☐   No: ☒

No objections filed
BofA had concerns - did not object

Order to be prepared by:   ☐ clerk's office   ☐ chambers   ☒ Mr. McKittrick

DOCKET ENTRY:

Run Date: 12/18/2012